**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **1:17-cv-02286-KMT**

BETHANY LANGE, et al,

    Plaintiff(s),

v.

ALCOHOL MONITORING SYSTEMS, INC., et al,

    Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

ALCOHOL MONITORING SYSTEMS, INC., a Delaware Corporation

SENTINEL OFFENDER SERVICES, LLC., a Delaware Corporation.

    DATED at Denver, Colorado this 27th day of September, 2017.

    *s/ Susan E. Coleman*
    Susan E. Coleman

    Burke, Williams & Sorensen, LLP
    Firm Name
    444 South Flower Street, Suite 2400
    Office Address
    Los Angeles, CA 90017
    City, State, ZIP Code
    (213) 236-0600
    Telephone Number
    scoleman@bwslaw.com
    Primary CM/ECF E-mail Address

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Rhidian@orrlaw.com
Antemo1956@aol.com

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

*s/ Susan E. Coleman*