**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **1:17-cv-02286-KMT**

BETHANY LANGE, et al,

    Plaintiff(s),

v.

ALCOHOL MONITORING SYSTEMS, INC., et al,

    Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

ALCOHOL MONITORING SYSTEMS, INC., a Delaware Corporation

SENTINEL OFFENDER SERVICES, LLC., a Delaware Corporation.

    DATED at Denver, Colorado this 27th day of September, 2017.

                                        *s/ Kristina Doan Gruenberg*
                                        Kristina Doan Gruenberg

                                        Burke, Williams & Sorensen, LLP
                                        Firm Name
                                        444 South Flower Street, Suite 2400
                                        Office Address
                                        Los Angeles, CA 90017
                                        City, State, ZIP Code
                                        (213) 236-0600
                                        Telephone Number
                                        kgruenberg@bwslaw.com
                                        Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Rhidian@orrlaw.com
Antemo1956@aol.com
scoleman@bwslaw.com

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

                                        *s/ Kristina Doan Gruenberg*