Case 1:17-cv-02286-RBJ   Document 26   Filed 09/29/17   USDC Colorado   Page 1 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| BETHANY LANGE, JENNIFER OH, BROOKE HOFFMAN, MICAH BAILEY, LINDA SOLTIS, DERRICK SMITH, SHILOH IRVIN, MATTHEW BRUDNICKI, JAMES ROCHE, JENNIFER JOHNSTON, MICHAEL SPANO, TORIANNA BONDS, DAKOTA JONES, DUSTY DERIGO,DAN MCCULLOUGH, ANGEL GONZALES, CHRISTINA BOHNSTEDT, on behalf of themselves and all others similarly situated; | ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  1:17-cv-02286-KMT ) |
| ALCOHOL MONITORING SYSTEMS, INC., a Delaware Corporation; LOS ANGELES ALCOHOL MONITORING Inc., a California Entity; SCRAM OF CALIFORNIA, Inc., a California Corporation; ETOH MONITORING, L.L.C., a Louisiana Corporation; RECOVERY SOLUTIONS CONSULTING & TRAINING CORP, a New York Corporation; RECOVERY HEALTHCARE CORPORATION, a unknown entity; SENTINEL OFFENDER SERVICES, LLC., a Delaware Corporation; SCRAM SYSTEMS OF ILLINOIS, Inc., an Illinois Entity; HOUSE ARREST SERVICES, Inc., Unknown Entity; ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS, LLC., a Colorado Corporation; PRONTOTRAK, Inc., a Georgia Corporation; TOTAL COURT SERVICES OF INDIANA, L.L.C., an Indiana Corporation; COURT PROGRAMS, Inc., a Mississippi Corporation; MIDWEST MONITORING AND SURVEILLANCE, INC., a Minnesota Corporation; and DOES 1-10, inclusive. | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ALCOHOL MONITORING SYSTEMS, Inc., 7700 E. Arapahoe Road, # 220, Centennial, CO 80112; SCRAM OF CALIFORNIA, INC., a California Corporation; 402 W. Broadway, # 1250, San Diego, CA 92101; RECOVERY SOLUTIONS CONSULTING & TRAINING CORP, a private Entity; 4885 CLIFFSIDE DR WEST, CLARENCE, NY, 14031; LOS ANGELES ALCOHOL MONITORING Inc., a California Entity; 11500 W. OLYMPIC BLVD. SUITE 400 LOS ANGELES CA 90064; ETOH MONITORING, L.L.C., a Louisiana Corporation; 424 Gravier Street, 4th Floor, New Orleans, LA 70130 RECOVERY HEALTHCARE CORPORATION, A Texas Corporation; 9090 N. STEMMONS FRWY. STE. A DALLAS, TX 75247; SENTINEL OFFENDERS SERVICES. LLC., a Delaware Corporation; 40 Technology Pkwy, Suite 300, Ben Hill, GA 30092; SCRAM SYSTEMS OF ILLINOIS, Inc., an Illinois Entity; 208 SO LaSalle Street, # 814, Chicago, Illinois, 60604; COURT PROGRAMS, Inc., a Mississippi Corporation; 13091 Oxford Street, Biloxi, MS, 39532 ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS, LLC., a Colorado Corporation; 8787 Turnpike Drive, # 200, Westminster, CO 80031; HOUSE ARREST SERVICES, Inc., Unknown Entity; 16039 E. Nine Mile Road, Eastpointe, MI 48021; PRONTOTRAK, Inc., a Georgia Corporation; 106 Colony Park Dr., Suite # 800, Forsyth, CUMMING, GA 30040 TOTAL COURT SERVICES OF INDIANA, L.L.C., an Indiana Corporation; 326 S. 9th Street, Suite # 323A, Noblesville, Indiana, 46060; MIDWEST MONITORING AND SURVEILLANCE, INC., 1420 N. State Street, Fairmont, MN, 56031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     William A. LeFaiver, Esq., SBN: 0033683
WILLIAM A. LeFAIVER, CO., LPA.
8010 McGhee Lane
Hudson, Ohio 44236-1332
(330) 425-4501 (Telephone)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   09/26/2017                                        s/ J. Garcia-Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:17-cv-02286-KMT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rocky Mountain Offender Management Services, LLC

was received by me on *(date)*          09/26/2017                              .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Harry Donahue, Chief Financial Officer          , who is

designated by law to accept service of process on behalf of *(name of organization)*   Rocky Mountain Offender

Management Services, LLC.                          on *(date)*   09/27/2017     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $   75.00     for travel and $   40.00     for services, for a total of $   110.00         .

I declare under penalty of perjury that this information is true.

Date:     09/28/2017
                                                     *Jake Barber*
                                                     _____
                                                              *Server's signature*

                                 Jake Barber:  Private Investigator, CO PI License PI1.0000038
                                                     *Printed name and title*


                                              10260 Washington St., #2017
                                              Thornton, CO 80229
                                                     *Server's address*

Additional information regarding attempted service, etc:
 There was not enough room in the little box above. I served this defendant at 8787 Turnpike Drive, # 200,
Westminster, Colorado, 80031. The time was 3:09 pm