William A. LeFaiver, Esq., SBN: 0033683
**WILLIAM A. LeFAIVER, CO., LPA.**
8010 McGhee Lane
Hudson, Ohio 44236-1332
(330) 425-4501 (Telephone)
Antemo1956@aol.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| BETHANY LANGE, JENNIFER OH, BROOKE HOFFMAN, MICAH BAILEY, LINDA SOLTIS, DERRICK SMITH, SHILOH IRVIN, MATTHEW BRUDNICKI, JAMES ROCHE, JENNIFER JOHNSTON, MICHAEL SPANO, TORIANNA BONDS, DAKOTA JONES, DUSTY DERIGO, DAN MCCULLOUGH, ANGEL GONZALES, CHRISTINA BOHNSTEDT, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>ALCOHOL MONITORING SYSTEMS, INC., a Delaware Corporation; and DOES 1-10, inclusive, et al.<br><br>Defendants. | Case: 1:17-cv-02286-RBJ<br><br>**MOTION FOR WITHDRAWAL OF APPEARANCE AND TO STAY PROCEEDINGS**<br><br>Hon. R. Brooke Jackson |

| | |
|---|---|
| 1 | Movant, William A. LeFaiver ("Counsel"), respectfully moves for an order |
| 2 | of withdrawal of his appearance as counsel for Plaintiffs Bethany Lange Jennifer |
| 3 | Oh, Brooke Hoffman, Micah Bailey, Linda Soltis, Derrick Smith, Shiloh Irvin, |
| 4 | Matthew Brudnicki, James Roche, Jr., Jennifer Johnston, Mike Spano, Torianna |
| 5 | Bonds, Dakota Jones, Dan McCullough, Dusty Derigo, Angel Gonzales, Christina |
| 6 | Bohnstedt, ("Plaintiffs") in the above-referenced matter, and to stay proceedings in |
| 7 | this matter for fourteen (30) days to allow Plaintiff's an equal opportunity to obtain |
| 8 | substitute counsel. In support thereof, Counsel states the following: |
| 9 | 1.    Counsel's withdrawal is permissible under Local Rule 5(b); |
| 10 | 2.    There is no discovery pending in this matter, and there are no |
| 11 | scheduled hearings at this time, and none of the Defendants have answered the |
| 12 | complaint or otherwise filed a response pleading. |
| 13 | 3.    Counsel was informed by several Plaintiff's that the only two |
| 14 | attorneys that have filed a notice of appearance in this case, Susan E. Coleman and |
| 15 | Kristina D. Gruenberg, of Burke, Williams, and Sorensen, have contacted at least |
| 16 | three Plaintiff's while represented by counsel asking questions of them concerning |
| 17 | this case. It is also acknowledged that at least three Plaintiffs have reported the |
| 18 | incident to the State Bar of California and Georgia. |
| 19 | 4.    Plaintiffs have elected represent themselves, file a first amended |
| 20 | complaint to strike out all allegations concerning class action allegations. |
| 21 | 5.    Plaintiffs have also stated they are filing a motion for disqualification |
| 22 | of the only two attorneys Susan E. Coleman and Kristina D. Gruenberg, of Burke, |
| 23 | Williams, and Sorensen, and that they would be asking the Court to disbar them |
| 24 | from continued representation in this case. [1] |

---

[1] In a letter from attorney Susan Coleman to counsel, Ms. Coleman admits that her and Ms. Gruenberg are currently under investigation by the State Bar of California for these same exact reasons. Attorneys Susan Coleman and Kristina Gruenberg illegally filed a notice of appearance for Defendant Sentinel Offender Management Services, LLC, ("SOMS"). ECF Dkt. 21.

6. As required by the local rules of this Court, Counsel states he has given notice to the Plaintiffs concerning counsel's notice to withdrawal. Counsel has informed each of the Plaintiffs by email of this notice to withdrawal, and each of the Plaintiffs has accepted the notice to withdrawal.

7. Further, counsel was informed that co-counsel Rhidian Orr, and Rick Hernandez, of the Orr Law Firm are also preparing and filing their notices with this Court to withdrawal.

WHEREFORE, William A. LeFaiver moves for an order granting a withdrawal of his appearance as counsel for the Plaintiffs, and providing that he is relieved from any further responsibility associated with the representation of the Plaintiffs in this case. Counsel further requests a stay of any proceedings in this matter for thirty (30) days so that Plaintiffs an equal opportunity to obtain counsel, or in the alternative, file a first amended complaint to strike from the pleadings any and all class action allegations.

October 10, 2017                Respectfully submitted,


S/ William A. LeFaiver

William A. LeFaiver, Esq
WILLIAM A. LEFAIVER, CO., LPA
8010 McGhee Lane
Hudson, Ohio 44236-1332
(330) 425-4501 (Telephone)
Antemo1956@aol.com

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017, I electronically filed the foregoing document with the United States District Court by using the CM/ECF system.

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

October 10, 2017

                              Respectfully submitted,

                              S/  William A. LeFaiver

                              William A. LeFaiver, Esq
                              WILLIAM A. LEFAIVER, CO., LPA
                              8010 McGhee Lane
                              Hudson, Ohio 44236-1332
                              (330) 425-4501 (Telephone)
                              Antemo1956@aol.com

                              *Attorneys for Plaintiffs and the Putative Class*