**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11/16/17
**JEFFREY P. COLWELL, CLERK**

| | |
|---|---|
| From: | Linda Soltis <l_soltis@yahoo.com> |
| To: | <jackson_chambers@cod.uscourts.gov>, |
| Cc: | <orrlaw@orrlaw.com>, <scoleman@bwslaw.com>, <kgruenberg@bwslaw.com>, <jeff.whitney@huschblackwell.com> |
| Date: | 11/16/2017 12:36 PM |
| Subject: | Case 1:17-CV-02286-RBJ Lange et al v. Alcohol Monitoring Systems, Inc. et al - Scheduling Conference Nov 20, 2017 |

November 16, 2017

The Honorable R. Brook Jackson
United States District Court
For the District of Colorado

RE: Case 1:17-CV-02286-RBJ Lange et al v. Alcohol Monitoring Systems, Inc. et al – Nov 20, 2017 Scheduling Conference

Dear Judge Jackson:

My name is Linda C. Soltis, and I am from the State of Ohio and a plaintiff on the above-referenced case.

I understand that it is unusual for me to write directly to you instead of going through counsel. Yet due to the ambiguousness of the lawyers, I find it necessary to do so and beg your indulgence.

I have spoken to and emailed Attorney Rhidian D. W. Orr regarding this information as well, and did inform him that I would either be writing a letter or appearing personally in Colorado on November 20, 2017, regarding the background and truth surrounding the current attorney situation on the case.

Attorney Orr has verbalized and provided me copies of his Motion to Withdraw as Counsel from the case. Originally, I was told that he was attempting to withdraw due to Attorney William LeFaiver indicating that the case was filed illegally by Anthony Oliver using his credentials. By an email copy I received, you have also been informed that Mr. LeFaiver is alleging such misconduct my Anthony Oliver. I have communicated to Attorney Orr, that I have evidence that such behavior that Mr. Lefaiver is alleging of Anthony Oliver is false.

Attorney Orr has also indicated that he wishes to withdraw from the case since he cannot adequately represent us without additional legal representation to assist in the process. I have informed Mr. Orr that I object to his withdraw and do not quite understand nor agree with him having such a request so shortly after the filing of the complaint.

Additionally, I find the allegations Mr. LeFaiver is making on not authorizing the filing of the complaint, etc., to be, at least, confusing and worrisome. After Mr. LeFaiver expressed an interest in being involved in this case, I was the person who assisted getting him, Anthony Oliver and Attorney Edwin Aimufua in touch with each other. I have also delivered information to Mr. LeFaiver's residence and met him at a local Dunkin Donuts regarding this case, and he has asked me, via text, whether or not I object on different aspects of the case.

Your Honor, I am willing to testify under oath to this information, and/or provide you with the emails, texts and any other hard evidence I may have regarding Mr. LeFaiver's knowledge of his involvement on this case and the filing of the complaint. Mr. LeFaiver was also provided a money order from another plaintiff on this case for expenses and I was advised, in writing, that the money order was deposited by Mr. LeFaiver.

The overall message I am attempting to communicate is that regardless of your findings on the conduct of these attorneys, I do believe that we have a valid claim with valid evidence, etc. to support the complaint and unjust harm each of us has experienced due the the current practices of Alcohol Monitoring Systems, Inc.

I find it imperative that Civil Rights do not continue to be violated by the actions of Alcohol Monitoring Systems, Inc.  and beg that you not dismiss our case and that, if need be, allow ample time for us to seek new counsel.

Your Honor, with the utmost respect, I thank you for your consideration and time.

Sincerely,

Linda C. Soltis
133 Hazel Drive
Northfield Center, OH 44067

Cc:         Attorney Rhidian D. W. Orr
      Attorney Susan E. Coleman
      Attorney Kristina D. Gruenberg
      Attorney Jeff Whitney
      Attorney William LeFaiver (via facsimile)