# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02286-RBJ

BETHANY LANGE, et al., on behalf of themselves and all other similarly situated,

    Plaintiffs,

v.

ALCOHOL MONITORING SYSTEMS, INC., et al.,

    Defendants.

___

## ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS, LLC'S JOINDER IN MOTION TO DISMISS PLAINTIFFS FOR FAILURE TO PROSECUTE

___

Defendant Rocky Mountain Offender Management Systems, LLC ("RMOMS"), by and through its undersigned counsel, hereby joins co-defendants Alcohol Monitoring Systems, Inc.'s, Sentinel Offender Services, LLC's, Midwest Monitoring and Surveillance, Inc.'s, and Scram Systems of Illinois' Motion to Dismiss Plaintiff for Failure to Prosecute filed on December 28, 2017 [Doc. #86].

Respectfully submitted this 2nd day of January, 2018.

    KUTAK ROCK LLP

    *s/ Reid A. Page*
    Reid A. Page
    David E. Kay
    1801 California St., Suite 3000
    Denver, CO 80202
    Tel: 303-297-2400
    reid.page@kutakrock.com
    david.kay@kutakrock.com

    *ATTORNEYS FOR DEFENDANT ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2018, I electronically filed the foregoing **ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS, LLC'S JOINDER IN MOTION TO DISMISS PLAINTIFFS FOR FAILURE TO PROSECUTE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who have entered an appearance in this matter.

I further certify that a copy of the foregoing was served by placing in the U.S. Mail, postage prepaid, on the following non-participating CM/ECF parties:

Michael Spano
11 Hinton St.
Staten Island, NY 10312
908-487-8384
*Plaintiff (Pro Se)*

Derrick Smith
25675 Overlook Parkway, #1004
San Antonio, TX 78260
817-798-0906
*Plaintiff (Pro Se)*

Toriahna Bonds
14550 Lenore
Redford, MI 48239
*Plaintiff (Pro Se)*

Dakota Jones
31300 Congressional Drive
Temecula, CA 92591
*Plaintiff (Pro Se)*

Bethany Lange
24 Benz Drive
Depew, NY 14043
716-380-6179
*Plaintiff (Pro Se)*

Dan McCullough
7327 Centerwood Ave
Spring Hill, FL 34606
*Plaintiff (Pro Se)*

Linda Soltis
133 Hazel Drive
Northfield Center, OH 44067
*Plaintiff (Pro Se)*

*s/ Reid A. Page*
Reid A. Page
KUTAK ROCK LLP
1801 California St., Suite 3000
Denver, CO 80202
reid.page@kutakrock.com