**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 17-cv-02286-RBJ

BETHANY LANGE et al.,

    Plaintiffs,

v.

ALCOHOL MONITORING SYSTEMS, INC. et al.,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to the Minute Order (Doc. No. 95), entered by the Honorable R. Brooke Jackson, United States District Judge, on January 5, 2018, this case is dismissed without prejudice for failure to prosecute.

Dated at Denver, Colorado this 5th day of January, 2018.

                BY THE COURT:

                JEFFREY P. COLWELL, CLERK

                By:  s/Deborah Hansen
                Deborah Hansen, Deputy Clerk