William A. LeFaiver, Esq., SBN: 0033683
**WILLIAM A. LeFAIVER, CO., LPA.**
8010 McGhee Lane
Hudson, Ohio 44236-1332
(330) 425-4501 (Telephone)
Antemo1956@aol.com

*Attorneys for Plaintiffs and the Putative Class*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 05 2018

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| BETHANY LANGE, JENNIFER OH, BROOKE HOFFMAN, MICAH BAILEY, LINDA SOLTIS, DERRICK SMITH, SHILOH IRVIN, MATTHEW BRUDNICKI, JAMES ROCHE, JENNIFER JOHNSTON, MICHAEL SPANO, TORIANNA BONDS, DAKOTA JONES, DUSTY DERIGO, DAN MCCULLOUGH, ANGEL GONZALES, CHRISTINA BOHNSTEDT, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>ALCOHOL MONITORING SYSTEMS, INC., a Delaware Corporation; et al.,<br><br>Defendants. | Case: 1:17-cv-02286-RBJ<br><br>**DECLARATION OF JENNIFER OH**<br><br>Hon. R. Brooke Jackson |

-1-
**DECLARATION OF JENNIFER OH**

## DECLARATION OF JENNIFER OH

1. I am a Plaintiff in this case, and have been so from the very beginning when this case was filed. I am completely familiar with all the motions, files, facts and pleadings in this case, and, if called upon as a witness, I could and would competently testify to the following facts based upon my own personal knowledge or based upon information and belief.

2. I am currently represented by two law firms. The Orr Law firm located in Colorado, and the Law Offices of William LeFaiver. The lead attorneys in this case are Rhidian Orr, and William LeFaiver esquire.

3. On Friday September 30, 2017, I received a telephone call on my cell phone from the phone number (213) 236-0600. I answered the telephone and a woman ask if I was Jennifer Oh, and I said yes. The phone call was at 1:37 p.m., and during the call, I lost the signal. Once in a better area, I called this number back due to the facts that I have been getting a lot of phone calls from this number. The secretary answered, and it was the law firm of Burke, Williams, & Sorenson located in Los Angeles.

4. The woman on the telephone informed me that this was a law firm. And I mistakenly thought this was a law firm calling me due to me being a listed Plaintiff in this. I proceed to tell the woman that this was related to a civil matter against Scram. The woman began asking questions about this case. I asked the women for her name, and she would not give it to me. But instead, stated that I needed to speak to Susan Coleman. At the time, I was busy working and had to cut the call short.

5. I later discovered that this law firm is in fact representing Alcohol Monitoring Systems, Inc. I then informed the two aforementioned attorneys. At no time did I ever give permission to this attorney Susan Coleman to contact me. I am clearly represented by counsel. I then took a screen shot of the call log, and forwarded it to my attorneys Rhidian Orr, and William LeFaiver. **See Exhibit A.**

6. After conducting internet research, I have discovered that there is a State bar rule, Rule 2-100, which forbids attorneys like Susan Coleman from contacting a client of another attorney.

7. I certify under the penalty of perjury that this foregoing is true and correct dated this 29th day of December, 2018 in the City of Torrance, the State of California.

Respectfully submitted,

_____
Jennifer Oh, Plaintiff

-3-
DECLARATION OF JENNIFER OH



# EXHIBIT "A"

(Incoming Call from Burke, Williams, & Sorenson to Jennifer Oh Cell Phone)



# The State Bar *of California*

**Susan Eileen Coleman - #171832**

**Current Status: Active**

This attorney is active and may practice law in California.

See below for more details.

## Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 171832 | | |
| **Address:** | Burke Williams & Sorensen LLP<br>444 S Flower St Ste 2400<br>Los Angeles, CA 90071<br>Map it | **Phone Number:** | (213) 236-0600 |
| | | **Fax Number:** | (213) 236-2700 |
| **Email:** | scoleman@bwslaw.com" class="bluenormal">scoleman@bwslaw.com | | |
| **County:** | Los Angeles | **Undergraduate School:** | Whitman Coll; Walla Walla WA |
| **District:** | District 2 | | |
| **Sections:** | Litigation<br>Public Law | **Law School:** | Santa Clara Univ SOL; Santa Clara CA |

## Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 11/22/1994 | Admitted to The State Bar of California |

## Actions Affecting Eligibility to Practice Law in California

### Disciplinary and Related Actions
This member has no public record of discipline.

### Administrative Actions
This member has no public record of administrative actions.

## Attorney Provided Information

*The information in this box was provided by the attorney and has not been verified or monitored. The State Bar does not recommend or endorse any attorney.*

**Practice Area(s):**
Civil Rights

**Other Language(s) Spoken by this Attorney:**
Spanish